UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SHANNON L., :
: 
: **CONSENT ORDER AWARDING**
Plaintiff, : **ATTORNEY'S FEES UNDER THE**
: **EQUAL ACCESS TO JUSTICE ACT**
v. : **(EAJA), 28 U.S.C. § 2412(d)**
:
KILOLO KIJAKAZI, :
Acting Commissioner of Social Security :
:
: Civil Action No. 5:22-cv-00543-DJS
Defendant. :
-----------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $2,978.75 (two thousand, nine hundred, and seventy-eight dollars and seventy-five cents) for attorney fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. § 1920 to be paid from the Judgment Fund. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this 30 day of June, 2023;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

_____
Daniel J. Stewart
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                CARLA B. FREEDMAN
                United States Attorney
                Northern District of New York
                Attorney for Defendant

By: *s/ Fergus Kaiser*
     Fergus Kaiser
     Special Assistant U.S. Attorney
     c/o Social Security Administration
     Office of Program Litigation, Office 2
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     212-264-2049
     Email: fergus.kaiser@ssa.gov

     The Law Offices of Steven R. Dolson PLLC
     Attorneys for Plaintiff

By: *s/ Steven R. Dolson*
     Steven R. Dolson
     6320 Fly Road - Suite 201
     East Syracuse, NY 13057
     315-423-3328
     Fax: 315-423-3330
     Email: sdolson@dolsonattorneys.com